IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-9-D

UNITED STATES OF AMERICA      )
                              )
                              )
            v.                )          **ORDER**
                              )
CRAIG DENSON,                 )
                              )
            Defendant.        )

On May 18, 2021, this court entered a comprehensive order denying Craig Denson's ("Denson" or "defendant") motion for compassionate release. See [D.E. 556]. November 8, 2021, Denson again moved for compassionate release. See [D.E. 560].

Denson's latest motion is not materially different than the motions that the court already considered. Denson does add changes in sentencing guidelines after he was sentenced as additional extraordinary and compelling reasons. See [D.E. 56] 25–25. Even assuming these are extraordinary and compelling reasons, the court finds that the reasons stated in the May 18, 2021 order still counsel against release. For the reasons stated in this court's order of May 18, 2021, the court DENIES defendant's motion for compassionate release [D.E. 560]. The court GRANTS defendant's motion to seal [D.E. 561].

SO ORDERED. This 4 day of February, 2022.

JAMES C. DEVER III
United States District Judge