UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Craig Denson**  Docket No. 7:15-CR-9-6D

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Craig Denson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Heroin, in violation of 21 U.S.C §§ 846 and 841(b)(1)(A), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 26, 2016, to the custody of the Bureau of Prisons for a term of 180 months. The court further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of five years.

Craig Denson is scheduled to be released from custody on June 6, 2027, at which time the term of supervised release will commence

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has requested to reside in the Southern District of Iowa following his release from imprisonment. The Southern District of Iowa has agreed to accept the defendant for supervision provided the defendant will agree to several special conditions being added to the conditions of supervised release. Specifically, it is recommended that the defendant participate in a cognitive behavioral treatment program, substance abuse treatment and testing, and warrantless searches. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral treatment program, which may include journaling and other curriculum requirements, as directed by the probation office.

2. The defendant shall participate in a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the Probation Office. At the direction of the probation office, the defendant must receive a substance abuse evaluation and participate in inpatient and/or outpatient treatment, as recommended. Participation may also include compliance with a medication regimen. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment. The defendant must not use alcohol and/or other intoxicants during the course of supervision.

3. The defendant shall submit to a search of his person, property, residence, adjacent structures, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communication devices or data storage devices or media, conducted by a U.S. Probation Officer. Failure to submit to a search may be grounds for revocation. You must warn any other residents or occupants that the premises and/or vehicle may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of release and/or that the area or item(s) to be searched contain evidence of a violation or contain contraband. Any search must be conducted at a reasonable time and in a reasonable manner. This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.

Craig Denson
Docket No. 7:15-CR-9-6D
Petition for Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: December 9, 2025 |

### ORDER OF THE COURT

Considered and ordered this  9  day of  December , 2025, and ordered filed and made a part of the records in the above case.

/s/ Dever
James C. Dever III
U.S. District Judge